| AO 10 Rev. 1/2014 | FINANCIAL DISCLOSURE REPORT FOR CALENDAR YEAR 2013 | Report Required by the Ethics in Government Act of 1978 (5 U.S.C. app. §§ 101-111) |

| 1. Person Reporting (last name, first, middle initial)  JELDERKS, John A. | 2. Court or Organization  U.S. District Court of Oregon | 3. Date of Report  05/13/2014 |
|---|---|---|
| 4. Title (Article III judges indicate active or senior status; magistrate judges indicate full- or part-time)  U.S. Magistrate Judge Recalled | 5a. Report Type (check appropriate type)  ☐ Nomination    Date  ☐ Initial    ☑ Annual    ☐ Final  5b. ☐ Amended Report | 6. Reporting Period  01/01/2013 to 12/31/2013 |
| 7. Chambers or Office Address  1227 U.S. Courthouse  1000 S.W. Third Avenue  Portland, OR 97204 | | |

***IMPORTANT NOTES:*** *The instructions accompanying this form must be followed. Complete all parts, checking the NONE box for each part where you have no reportable information.*

# I. POSITIONS. *(Reporting individual only; see pp. 9-13 of filing instructions.)*

☑ NONE *(No reportable positions.)*

| POSITION | NAME OF ORGANIZATION/ENTITY |
|---|---|
| 1. | |
| 2. | |
| 3. | |
| 4. | |
| 5. | |

# II. AGREEMENTS. *(Reporting individual only; see pp. 14-16 of filing instructions.)*

☑ NONE *(No reportable agreements.)*

| DATE | PARTIES AND TERMS |
|---|---|
| 1. | |
| 2. | |
| 3. | |

| Name of Person Reporting | Date of Report |
|---|---|
| JELDERKS, John A. | 05/13/2014 |

## III. NON-INVESTMENT INCOME. *(Reporting individual and spouse; see pp. 17-24 of filing instructions.)*

### A. Filer's Non-Investment Income

☐ NONE *(No reportable non-investment income.)*

| | DATE | SOURCE AND TYPE | INCOME (yours, not spouse's) |
|---|---|---|---|
| 1. | 2013 | Oregon Public Employee Retirement System | $8,555.87 |
| 2. | | | |
| 3. | | | |
| 4. | | | |

### B. Spouse's Non-Investment Income - *If you were married during any portion of the reporting year, complete this section.*

*(Dollar amount not required except for honoraria.)*

☐ NONE *(No reportable non-investment income.)*

| | DATE | SOURCE AND TYPE |
|---|---|---|
| 1. | 2013 | Oregon Public Employees Retirement System |
| 2. | | |
| 3. | | |
| 4. | | |

## IV. REIMBURSEMENTS -- *transportation, lodging, food, entertainment.*

*(Includes those to spouse and dependent children; see pp. 25-27 of filing instructions.)*

☑ NONE *(No reportable reimbursements.)*

| | SOURCE | DATES | LOCATION | PURPOSE | ITEMS PAID OR PROVIDED |
|---|---|---|---|---|---|
| 1. | | | | | |
| 2. | | | | | |
| 3. | | | | | |
| 4. | | | | | |
| 5. | | | | | |

| Name of Person Reporting | Date of Report |
|---|---|
| JELDERKS, John A. | 05/13/2014 |

## V. GIFTS. *(Includes those to spouse and dependent children; see pp. 28-31 of filing instructions.)*

✔ NONE *(No reportable gifts.)*

| | SOURCE | DESCRIPTION | VALUE |
|---|---|---|---|
| 1. | | | |
| 2. | | | |
| 3. | | | |
| 4. | | | |
| 5. | | | |

## VI. LIABILITIES. *(Includes those of spouse and dependent children; see pp. 32-33 of filing instructions.)*

☐ NONE *(No reportable liabilities.)*

| | CREDITOR | DESCRIPTION | VALUE CODE |
|---|---|---|---|
| 1. | Provident Funding | Mortgage on Goodyear, AZ Rental House | M |
| 2. | | | |
| 3. | | | |
| 4. | | | |
| 5. | | | |

| Name of Person Reporting | Date of Report |
|---|---|
| JELDERKS, John A. | 05/13/2014 |

## VII. INVESTMENTS and TRUSTS -- *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐   NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 1. House - Salem, OR | D | Rent | | | Sold | 12/23/13 | L | F | David Gold |
| 2. Oregon Savings Growth Plan | | None | N | T | | | | | |
| 3. Columbia Large Cap Growth Fund | A | Dividend | K | T | | | | | |
| 4. Columbia International Fund | A | Dividend | J | T | Redeemed (part) | 12/15/13 | J | A | |
| 5. Columbia Technology Fund | A | Dividend | K | T | | | | | |
| 6. Columbia Glbl Div. Opp. Fund (frmly Strategic Investor Fund) | B | Dividend | K | T | | | | | |
| 7. Vanguard Prime Money Market Fund | A | Dividend | L | T | | | | | |
| 8. Vanguard Inter. Term Bond Fund | A | Dividend | | | Sold | 04/01/13 | J | A | |
| 9. Vanguard LifeStrategy Mod. Growth | | None | | | Buy | 04/01/13 | J | | |
| 10. | | | | | Sold | 07/10/13 | J | A | |
| 11. Vanguard Total Stock Mkt. Index Inv. | A | Dividend | J | T | Buy | 07/10/13 | J | | |
| 12. House - Goodyear, AZ | E | Rent | N | W | | | | | |
| 13. Amazon.com Inc. Common Stock | | None | | | Buy | 04/23/13 | J | | |
| 14. | | | | | Sold | 06/05/13 | J | A | |
| 15. SolarCity Corp. Common Stock | | None | | | Buy | 04/22/13 | J | | |
| 16. | | | | | Sold | 06/05/13 | J | A | |
| 17. Union Pacific Corp. Common Stock | | None | | | Buy | 04/22/13 | J | | |

| | | | | | |
|---|---|---|---|---|---|
| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| JELDERKS, John A. | 05/13/2014 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 18. | | | | | Sold | 06/05/13 | J | A | |
| 19. Costco Common Stock | A | Dividend | J | T | Buy | 04/22/13 | J | | |
| 20. Nike Common Stock | A | Dividend | J | T | Buy | 04/22/13 | J | | |
| 21. Pfizer Common Stock | A | Dividend | J | T | Buy | 04/22/13 | J | | |
| 22. Weyerhauser Common Stock | A | Dividend | J | T | Buy | 04/22/13 | J | | |
| 23. Regeneron Pharmaceutical Inc. Common Stock | | None | J | T | Buy | 04/30/13 | J | | |
| 24. Vanguard Long Term Tax Exempt Inv. | A | Dividend | J | T | Buy | 04/01/13 | J | | |
| 25. Vanguard Tot Int'l Bond IX Admiral | A | Dividend | J | T | Buy | 07/19/13 | J | | |
| 26. Vanguard Interm. Term Tax Exempt Adm. | C | Dividend | M | T | Buy | 07/19/13 | M | | |
| 27. Vanguard Tot. Int'l Stock IX Admiral | A | Dividend | K | T | Buy | 07/19/13 | K | | |
| 28. Vanguard Total Stock Mkt. Index Adm. | A | Dividend | M | T | Buy | 07/19/13 | L | | |
| 29. Vanguard Target Retirement 2020 | A | Dividend | J | T | Buy | 04/01/13 | J | | |
| 30. Vanguard Target Retirement 2015(X) | A | Dividend | J | T | | | | | |
| 31. Vanguard LifeStrategy MG | B | Dividend | L | T | Buy | 06/20/13 | L | | |
| 32. Wells Fargo First Trust Portfolios Target Divsd Dvd | A | Dividend | K | T | Buy | 04/09/13 | K | | |
| 33. Wells Fargo First Trust Portfolios Target Global Dvd | B | Dividend | K | T | Buy | 04/09/13 | K | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| JELDERKS, John A. | 05/13/2014 |

## VIII. ADDITIONAL INFORMATION OR EXPLANATIONS. *(Indicate part of report.)*

Sec. VII, Line 29: Purchased February 27, 2012 for $10,000 but inadvertently not included in 2012 Report

| Name of Person Reporting | Date of Report |
|---|---|
| JELDERKS, John A. | 05/13/2014 |

## IX. CERTIFICATION.

I certify that all information given above (including information pertaining to my spouse and minor or dependent children, if any) is accurate, true, and complete to the best of my knowledge and belief, and that any information not reported was withheld because it met applicable statutory provisions permitting non-disclosure.

I further certify that earned income from outside employment and honoraria and the acceptance of gifts which have been reported are in compliance with the provisions of 5 U.S.C. app. § 501 et. seq., 5 U.S.C. § 7353, and Judicial Conference regulations.

Signature: **s/ John A. JELDERKS**

NOTE: ANY INDIVIDUAL WHO KNOWINGLY AND WILLFULLY FALSIFIES OR FAILS TO FILE THIS REPORT MAY BE SUBJECT TO CIVIL AND CRIMINAL SANCTIONS (5 U.S.C. app. § 104)

Committee on Financial Disclosure
Administrative Office of the United States Courts
Suite 2-301
One Columbus Circle, N.E.
Washington, D.C. 20544